IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRYAN L. JORDAN,

        Plaintiff,

vs.

COMMISSIONER of SOCIAL SECURITY,

        Defendant.

Civil No. 18-cv-2020-DGW

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson (Doc. 27), the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Bryan L. Jordan and against defendant Commissioner of Social Security.

DATED:    July 30, 2019

                                                  **MARGARET M. ROBERTIE**
                                                  **Clerk of Court**

                                                  **BY:**   **s//Angela Vehlewlad**
                                                                 **Deputy Clerk**

**Approved:**
**s/ Donald G. Wilkerson**
**Donald G. Wilkerson**
**U.S. Magistrate Judge**